**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
NEVIN MILLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVIN MILLAN,<br><br>              Plaintiff,<br><br>    vs.<br><br>COAST PROFESSIONAL, INC.,<br><br>              Defendant(s). | Case No.: 2:15-cv-05143-ODW-MRW<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

NOW COMES Plaintiff, NEVIN MILLAN, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as

- 1 -

NOTICE OF SETTLEMENT

1  possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal,
2  with prejudice, within sixty (60) days.

|   |   |
|---|---|
|   | RESPECTFULLY SUBMITTED, |
| Dated: August 4, 2015 | **MARTIN & BONTRAGER, APC** |
|   | By: /s/ Nicholas J. Bontrager |
|   | Nicholas J. Bontrager |
|   | *Attorney for Plaintiff* |